C

1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   BRANDON C. JAROCH
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  702-388-6336
   brandon.jaroch@usdoj.gov

5  Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-245-VCF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (Fourth Request) |
| vs. | |
| JOSHUA EMMANUEL CASTELLON, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and BRENDA WEKSLER, counsel for the defendant JOSHUA EMMANUEL CASTELLON:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR June 7, 2018, at 4:00 p.m., before Magistrate Judge Cam Ferenbach, be vacated and set to a time convenient for the Court, but no later than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government counsel, who was recently assigned to this matter, and the defense counsel need an opportunity to review the discovery and properly prepare for indictment or preliminary hearing.

2. The parties are researching the viability of entering into a plea agreement considering the existence of a state case that is related to the instant case. Said plea agreement would obviate the need for either a preliminary hearing in this matter or for the Government to present this matter to a federal grand jury. Counsel for the defendant will need additional time to discuss the defendant's options with him.

3. The defendant is in custody, but he does not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the fourth request for a continuance of the preliminary hearing herein.

Dated this 4th day of June, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Brenda Weksler*
BRENDA WEKSLER, AFPD
Counsel for CASTELLON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>JOSHUA EMMANUEL CASTELLON,<br><br>　　Defendant. | Case No.: 2:18-mj-245-VCF<br><br>Stipulation to Continue Preliminary Hearing Date (Fourth Request) |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for June 7, 2018, at 4:00 p.m., be vacated and continued to July 9, 2018, at 4:00 p.m.

DATED this 6th day of June, 2018.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3