UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA EMMANUEL CASTELLON,<br><br>Defendant. | Case No.: 2:18-mj-00245-VCF<br><br>ORDER |

Based on the representations contained in the Government's unopposed motion and good cause appearing:

IT IS ORDERED that the Criminal Complaint against the defendant, filed in this matter on February 20, 2018, is dismissed without prejudice.

DATED this 11th of September, 2018.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

SEP 1 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

3